

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-14-00342-CV

Richard A. **RODRIGUEZ**,
Appellant

v.

**JPMORGAN CHASE BANK, N.A.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-12923
Honorable Dick Alcala, Judge Presiding

# O R D E R

On June 17, 2015, this court issued an opinion affirming the trial court's judgment in the above-referenced appeal. Mandate has not yet issued on this Court's opinion. Before the Court is Appellant Richard Rodriguez's emergency motion seeking to stay the Sheriff's sale of real property scheduled for 10:00a.m. on July 7, 2015. This real property slated for sale is the subject of the appeal.

Because Rodriguez has filed a motion for rehearing en banc and because mandate has not yet issued, Rodriguez's emergency motion is granted only to the extent he requests that the sale of property that is the subject of this appeal be stayed until mandate issues pertaining to this Court's opinion issued on June 17, 2015. All or any other requested relief is denied. Further, based upon this order of this date, Rodriguez's similar motion filed August 29, 2014, seeking this same relief is denied.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court